Case 4:25-cv-03540   Document 1   Filed on 07/30/25 in TXSD   Page 1 of 8

United States Courts
Southern District of Texas
FILED
*07/30/2025*
Nathan Ochsner, Clerk of Court

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

|   |   |
|---|---|
| Nameah Helaire <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Gloria E. López, Ryan Salfiti <br> Abigail Trevion, Kristi Miranda <br> Gregory Hanna  Harris Country Child Support <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  [X] Yes  [ ] No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Nameah Helaire
- Address: 910 Pollard ST
  - City: Houston
  - State: TX
  - Zip Code: 77020
- County:
- Telephone Number: 470-285-0714
- E-Mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Gloria E. López
- Job or Title *(if known)*: Judge
- Address: 201 Caroline ST 8th floor
  - City: Houston
  - State: TX
  - Zip Code: 77002
- County:
- Telephone Number: (713) 274-4600
- E-Mail Address *(if known)*:
- ☐ Individual capacity   ☐ Official capacity

Defendant No. 2
- Name: Kristi Miranda
- Job or Title *(if known)*: Gregory Hanna Attorney
- Address: 11811 N FWY SUITE 500
  - City: Houston
  - State: TX
  - Zip Code: 77060
- County:
- Telephone Number: 713-254-1619
- E-Mail Address *(if known)*: Kristimiranda@miranda-law.com
- ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
- Name: Ryan Salfiti
- Job or Title *(if known)*: Associate Judge
- Address: 201 Caroline ST 8TH Floor
  - City: Houston
  - State: TX
  - Zip Code: 77002

|   |   |
|---|---|
| County | |
| Telephone Number | (713) 274-4600 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
  Name              Abigail Trevion
  Job or Title *(if known)*   Court Clerk
  Address           201 Caroline ST 8TH Floor
                    Houston          TX       77002
                    *City*           *State*  *Zip Code*
  County
  Telephone Number  (713) 274-4600
  E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:
  ☑ Federal officials (a *Bivens* claim)
  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nameah Helaire |
| Address | 910 Pollard St |
| | Houston, TX 77020 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 470-285-0714 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harris County Child Support |
| Job or Title *(if known)* | |
| Address | 1115 Congress |
| | Houston, TX 77002 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> Harris County Civil Courthouse 201 Caroline, 8th Floor
> Houston Texas 77002

B. What date and approximate time did the events giving rise to your claim(s) occur?

> October 24, 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On July 31, 2023, Kristi Miranda was hired to file a completely false claim of Interference with Child Custody against me. I had just given birth and was completely unaware of any legal actions being taken.

A hearing was held at the Harris County Civil Courthouse at 201 Caroline St, 8th Floor, Houston, TX 77002, on October 24, 2023, without my knowledge or any formal service of notice. I was never served, never contacted, and never given the chance to respond or appear in court.

At the end of October 2023, Gregory Hanna called me laughing, saying, "My brother will be happy now," and hung up. That's the first time I had any clue something shady had been done behind my back.

I contacted the courthouse immediately and was told by the clerk that I should seek legal counsel. I went to the law library and filed an appeal on November 10, 2023, trying to correct the injustice. That appeal was dismissed around May 24, 2024.

The only communication I received was a letter from Kristi Miranda in May 2024, where she told the court and me not to move forward with the appeal—stating that Gregory Hanna had already been given primary custody.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained emotional, psychological, and physical injuries directly related to the events described above.

I suffered from severe anxiety, insomnia, and emotional distress after being wrongfully accused, arrested, and separated from my child without due process.

The trauma of being arrested shortly after giving birth—while still healing physically—caused complications in my postpartum recovery.

I experienced panic attacks, high blood pressure, and symptoms of depression due to the stress and emotional abuse inflicted by the false claims, lack of legal notice, and the court's biased handling of the case.

I attempted to seek mental health treatment but lacked the proper resources due to the emotional and financial strain caused by the wrongful court actions and interference.

I did not receive proper medical or psychological care because the system failed me at every level—leaving me isolated, overwhelmed, and without support during a critical time in my recovery and motherhood.

These injuries continue to affect my daily life and my ability to care for my child, earn income, and live without fear of future retaliation.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that the court grant $2.5 million in total damages due to the emotional, psychological, financial, and legal harm I've suffered because of the reckless, biased, and unlawful actions taken by officials and agencies involved in my case.

**I am asking for:**

$500,000 in actual damages for emotional trauma, false imprisonment, loss of parental rights, defamation, and the damage done to my reputation, mental health, and overall well-being.

$2,000,000 in punitive damages to hold accountable all individuals and institutions who intentionally violated my rights, covered up evidence, enabled false allegations, and used their authority to silence and discredit me.

**I am also asking the court to:**

Void and vacate all orders or legal actions that were done without my notice, knowledge, or due process, including any hearings I was never served or informed about.

Launch an independent investigation into the misconduct by officers, attorneys, court clerks, and others who helped cover up the truth, ignored key facts, or blocked justice.

Restore my rights and my record and correct the legal damage that has been done by false reports, wrongful arrests, and secret court activity.

Hold every party named accountable, not just for what they did, but for how they abused their position to hurt me and my child without proof, investigation, or fairness.

I am not asking for sympathy — I am demanding justice. I lost time, safety, peace, and trust in the system. This case is about restoring what was stolen from me and sending a message that abuse of power and violation of rights will not be tolerated.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

This complaint is not being submitted for an improper purpose such as harassment, delay, or to burden the court. It is being filed to expose government misconduct, civil rights violations, and intentional emotional harm caused by officers of the court, law enforcement, and housing agencies who acted with bias, deception, and disregard for due process.

This complaint is based on existing law and facts, and also supported by a good faith, nonfrivolous argument that the law must be enforced to protect my rights as a parent, tenant, and citizen who was denied fair process, equal protection, and freedom from unlawful arrest, false statements, and abuse of power.

All factual allegations in this complaint are rooted in actual events, with available evidence including: affidavits, official documents, CPS letters, jail records, text messages, witness statements, and court filings. Any claims requiring further proof are expected to be supported through investigation and discovery.

This complaint complies with the requirements of Rule 11 and represents a sincere and lawful effort to seek justice, recover damages, and hold all responsible parties accountable under the Constitution and federal law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____7/24/2025_____

Signature of Plaintiff _____*Nameah Helaire*_____
Printed Name of Plaintiff   Nameah Helaire

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____City_____    _____State_____  __Zip Code__

Telephone Number _____
E-mail Address _____